BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV, SUITE 600
800 EAST PARK BOULEVARD
BOISE, IDAHO 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

**U.S. COURTS**

SEP 1 0 2019

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MELVIN JACOBS, Defendant. | Case No. **CR 19-0289-S BLW**<br><br>**INDICTMENT**<br><br>**18 U.S.C. § 1512(a)(2)(A)**<br>**18 U.S.C. § 1513(b)(2)** |

The Grand Jury charges:

## <u>COUNT ONE</u>

**Tampering With a Witness, Victim, or Informant by Physical Force or Threat**
**18 U.S.C. § 1512(a)(2)(A)**

On or about February 2, 2019, in the District of Idaho, the defendant, MELVIN

JACOBS, used the threat of physical force against a confidential law enforcement informant

**INDICTMENT - 1**

("Informant") by posting on Snapchat a message threatening to kill Informant with the intent to influence, delay, and prevent the testimony of Informant in an official proceeding, which proceeding was the prosecution of the defendant's friend for selling counterfeit currency, in violation of Title 18, United States Code, Section 1512(a)(2)(A).

## COUNT TWO

### Obstructing Justice by Retaliating Against a Witness, Victim, or an Informant
### 18 U.S.C. § 1513(b)(2)

On or about February 2, 2019, in the District of Idaho, the defendant, MELVIN JACOBS, did knowingly threaten to engage in conduct, to wit: threatening to kill a confidential law enforcement informant ("Informant"), that would cause bodily injury, with the intent to retaliate against Informant for information given by Informant to a law enforcement officer relating to the commission and possible commission of a federal offense, in violation of Title 18, United States Code, Section 1513(b)(2).

## COUNT THREE

### Obstructing Justice by Retaliating Against a Witness, Victim, or an Informant
### 18 U.S.C. § 1513(b)(2)

On or about April 22, 2019, in the District of Idaho, the defendant, MELVIN JACOBS, did knowingly threaten to engage in conduct, to wit: threatening to kill a confidential law enforcement informant ("Informant"), that would cause bodily injury, with the intent to retaliate against Informant for information given by Informant to a law enforcement officer relating to the commission and possible commission of a federal offense, in violation of Title 18, United States Code, Section 1513(b)(2).

**INDICTMENT - 2**

Dated this  10  day of September, 2019.

A TRUE BILL

/s/ *[signature on reverse]*

_____
Foreperson

BART M. DAVIS
United States Attorney
By:

_____
Joshua D. Hurwit
Assistant United States Attorney

**INDICTMENT - 3**